

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00040-CR

Isaac **ZARATE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CR-7743
Honorable Melisa C. Skinner, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: February 11, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant Isaac Zarate was convicted of aggravated robbery pursuant to a plea bargain agreement. The trial court imposed sentence on December 4, 2015. Because Zarate did not file a motion for new trial, his notice of appeal was due by January 4, 2016. *See* TEX. R. APP. P. 26.2(a)(1). However, Zarate did not file a notice of appeal until December 29, 2025, over ten years after sentence was imposed. We note that Zarate filed his notice of appeal as a pro se litigant and has since been appointed appellate counsel.

On January 27, 2026, we ordered Zarate's newly appointed appellate counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. Counsel has responded and concedes that this court lacks jurisdiction to consider appellant's appeal.

Because a timely notice of appeal is necessary to invoke a court of appeals' jurisdiction and the record before us clearly reflects that Zarate's notice of appeal was untimely filed, we do not have jurisdiction to consider this appeal. *See Taylor v. State,* 424 S.W.3d 39, 43 (Tex. Crim. App. 2014); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

The appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH